AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENTAVIUS EVANS,

       Plaintiff,

               **V.**

TELFAIR STATE PRISON,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV 323-070

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 25, 2023, the Magistrate Judge's

Report and Recommendation is adopted as the opinion of the Court, this case is dismissed

without prejudice, and this civil action stands closed.

October 25, 2023

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020